UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal = 56307-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 02-4215-SNOW
                          )   REPORT COMMENCING CRIMINAL
      -vs-                )              ACTION
                          )
ANDREA BARRIOS - GARCIA   )
_____)
          Defendant
*********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 9/12/02   4:30 am/(pm)

(2) Language Spoken: SPANISH

(3) Offense(s) Charged: POSSESSION WITH INTENT TO DISTRIBUTE

(4) U.S. Citizen [ ] Yes  [✓] No  [ ] Unknown   ILLEGAL

(5) Date of Birth: 12/3/56

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDF

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [✓]NO

Amount of Bond: $ PRE-TRIAL ~~BENT~~ DETENTION
Who set Bond: _____

(7) Remarks: AUSA SCOTT BEHNKE

(8) Date: 9/13/02   (9) Arresting Officer: ELLIS LOPEZ / BARBARA BATCH

(10) Agency: FBI         (11) Phone: 954 214-8512 / 954 214-2097

(12) Comments: Escape Risk