UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-4215-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREA GARCIA DARIOS,

    Defendant.

_____/

FILED by ___ D.C.
SEP 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing to the Court that the Defendant, Andrea Garcia Darios, has retained private counsel to represent her in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this 24th day of September, 2002 at Fort Lauderdale, Florida.

                                                   /s/ Lurana S. Snow
                                                LURANA S. SNOW
                                                United States Magistrate Judge

cc:    Robert N. Berube, AFPD
        Scott Behnke, AUSA